IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   BEVERLY TRAYLOR, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| v. | ) | CIV-13-1162-HE |
| | ) | |
| 1.   WAL-MART ASSOCIATES, INC., | ) | |
|       a/k/a WAL-MART STORES, INC., | ) | |
|       and | ) | |
| 2.   WAL-MART STORES EAST, LP, | ) | |
| | ) | ATTORNEY LIEN CLAIMED |
|         Defendants. | ) | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, the Plaintiff hereby stipulates with the Defendants that her claims in the above-styled and numbered action shall be dismissed with prejudice.  The parties shall bear their own costs and fees.

Respectfully submitted this 4th day of June, 2014.

                                                  s/Jana B. Leonard
                                                LEONARD & ASSOCIATES, P.L.L.C.
                                                JANA B. LEONARD, OBA # 17844
                                                EMILY VAN VOLKINBURG, OBA # 31744
                                                8265 S. Walker
                                                OKLAHOMA CITY, OK 73139
                                                (405) 239-3800        TELEPHONE
                                                (405) 239-3801        FACSIMILE
                                                leonardjb@leonardlaw.net
                                                emilyv@leonardlaw.net
                                                Attorneys for Plaintiff

 s/ Timothy A. Carney
(Signed with permission)
Timothy A. Carney, OBA No. 11784
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217
(918) 595-4800
(918) 595-4995 Fax
tcarney@gablelaw.com
Attorneys for Defendant